UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORNELIUS B. PRIOR, JR.,<br><br>      Plaintiff,<br><br>  v.<br><br>TRUSTEES OF THE COLLEGE OF THE HOLY CROSS,<br><br>      Defendant. | Case No. 4:23-cv-40116 |

**SUPPLEMENTAL DECLARATION OF DOROTHY A. HAUVER IN SUPPORT OF DEFENDANT'S REPLY IN CONNECTION WITH ITS MOTION TO COMPEL MEDIATION AND ARBITRATION, TO APPOINT A MEDIATOR AND <u>ARBITRATOR, AND TO STAY FURTHER PROCEEDINGS</u>**

I, Dorothy A. Hauver, hereby declare under the pains and penalties of perjury:

1.      I submit this supplemental declaration in support of the Reply submitted by the College of the Holy Cross (the "College") in connection with its Motion to Compel Mediation and Arbitration, to Appoint a Mediator and Arbitrator, and to Stay Further Proceedings (the "Motion"). This declaration supplements my initial September 28, 2023, declaration submitted in support of the College's Motion ("Initial Declaration"; ECF Doc. 6-1). For the reasons stated in paragraph 1 of my Initial Declaration, I have personal knowledge of the matters set forth in this declaration, and I would and could testify competently to such matters.

2.      As I explained in paragraph 3 of my Initial Declaration, Exhibit 2 thereto constitutes an excerpt of the College's By-Laws applicable in February 2014, when the Pledge Agreement ("Agreement") between Mr. Prior and the College was approved by the Executive Committee of the Board of Trustees. The excerpt is from a copy of the By-Laws that were

1

effective as of January 28, 2012.  As I explained in my Initial Declaration, at all relevant times through the present, the College's By-Laws have provided that the Executive Committee is authorized to exercise the powers of the full Board of Trustees between Board meetings (with a few exceptions not relevant here).

3. As a long-standing College senior administrator, I am familiar with the identities and email addresses of the College's senior administrators, the email addresses Mr. Prior used, and the identities of members of the Executive Committee in and around February 2014.

4. Attached hereto as Exhibit A is a true and accurate copy of email exchanges between Mr. Prior and the College's then-Vice President for Administration and Finance, Michael Lochhead, between February 14 and 20, 2014, discussing finalizing and obtaining legal approval of the Agreement.  On February 20, 2014, Mr. Prior wrote: "All is well with my legal department, as well as ATN's and yours. Let's sign up!"  (ATN referred to Mr. Prior's former company ATN International, Inc., shares of which he was to donate, and did donate, per the Agreement.)

5. The next day, the final Agreement was circulated to the Executive Committee for approval.  Attached hereto as Exhibit B is a true and accurate copy of a February 21, 2014, email from Jane Corr, who was then Special Assistant to the President and Secretary of the Board, to the then-members of the Executive Committee, attaching a copy of the Agreement ultimately signed by Mr. Prior and the College's then-President Rev. Philip Boroughs, S.J.  In her email to the Executive Committee, Ms. Corr explained that the "next step is to obtain the approval of the Board, via the Executive Committee, for the [] College to enter and sign this Agreement."  With the exception of the date at the top of the Agreement (which had not yet been updated), the Agreement attached to Ms. Corr's email is the same as the Agreement later signed by Mr. Prior

2

and President Boroughs on behalf the College. As stated in Paragraph 4 of my Initial Declaration, and as reflected in Exhibit 3 thereto, the Executive Committee unanimously approved the Agreement on February 26, 2014.

6. On February 28, 2014, President Boroughs signed the Agreement on behalf of the College. Attached hereto as Exhibit C is a true and accurate copy of a February 28, 2014, email from Mr. Lochhead to Mr. Prior, which attached a scan of the Agreement as executed by President Boroughs. In the email, Mr. Lochhead stated that "[t]he Executive Committee of the Board voted to approve acceptance of the agreement on Wednesday [i.e., February 26, 2014]" and that "there have been no changes since the last version which you approved except for changing the date from July 26, 2013 to today's date." Mr. Lochhead's email requested that Mr. Prior return a countersigned copy.

7. Mr. Prior countersigned the Agreement on or before March 3, 2014, and emailed a scanned copy back to Mr. Lochhead. A true and accurate copy of this March 3, 2014, email exchange is attached hereto as Exhibit D.

I hereby declare, under the pains and penalties of perjury, that the foregoing averments are true and correct. Executed this 7th day of November, 2023, in Worcester, Massachusetts.

_____
Dorothy A. Hauver

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2023, I filed the foregoing document using the CM/ECF system, which sent notification of such filing to counsel of record in this matter.

<i>/s/ Joseph L. Bierwirth, Jr.</i><br>
Joseph L. Bierwirth, Jr.

# EXHIBIT A

**From:** "C B. Prior Jr." <CBPriorJr@atni.com>
**Subject: RE: Gift Agreement - Update**
**Date:** February 20, 2014 11:08:53 AM EST
**To:** "Michael J. Lochhead" <mlochhea@holycross.edu>

Mike,

All is well with my legal department, as well as ATN's and yours.  Let's sign up!

Neil

---

**From:** Michael J. Lochhead [mailto:mlochhea@holycross.edu]
**Sent:** Wednesday, February 19, 2014 9:22 PM
**To:** C B. Prior Jr.
**Cc:** Tracy Barlok; Frank Vellaccio; Philip Boroughs; Charles Weiss
**Subject:** Re: Gift Agreement - Update

Hi Neil,

Thanks for the response.  Once you've heard back from your personal lawyer, please let me know.  With the final agreement in hand, I'll work with the President's Office to get the ball rolling for Board approval.  In speaking with Chick, it sounds like things are moving along nicely with the architect RFP document and we should be able to turn it around shortly after the gift agreement has been approved and signed.

Please don't hesitate to let me know if you have any questions or if I can be of any further assistance. I look forward to hearing from you.

Thanks again,

Mike

On Feb 16, 2014, at 11:51 AM, C B. Prior Jr. wrote:

> Looks good to me. I have sent it to my personal lawyer at Fried Frank for a final blessing. I think we are where we left it at the Board meeting, but the nuances were important. Many thanks. Neil
>
> Sent from my iPhone
>
> On Feb 14, 2014, at 5:09 PM, "Michael J. Lochhead" <mlochhea@holycross.edu> wrote:
>
>> Neil,
>>
>> I'm attaching a red-line version of the gift agreement that I believe reflects the key conversations that took place between ATNI counsel and Holy Cross counsel subsequent to the version sent to your attention on January 31st. I believe all of the College's issues and concerns have been adequately addressed and, presuming that is also the case for you/ATNI, we should be very close to having an executable version ready for signature. Once there is final agreement on the document, I will work with the President's Office to set-up a meeting/process whereby the Board / Executive Committee will have a chance to review and approve. Once signed, we can commence the process of moving the important work of the program and steering committees forward with respect to architect selection and the commencement of design and site selection.
>>
>> Please let me know if you have any questions or comments on the current document. I look forward to receiving your reply.
>>
>> Sincerely,
>>
>> Mike Lochhead
>>
>> ---------------------------------------------------------------------
>> *Michael J. Lochhead*
>> *Vice President for Administration & Finance*
>>
>> **COLLEGE OF THE HOLY CROSS**
>> One College Street
>> Worcester, MA  01610
>> Tel  (508) 793-2365
>> Fax (508) 793-2362
>> Email  mlochhea@holycross.edu

---
<Prior Contract REDLINE 02142014OFFICIAL VERSION.docx>

---

*Michael J. Lochhead*

*Vice President for Administration & Finance*

**COLLEGE OF THE HOLY CROSS**

One College Street

Worcester, MA  01610

Tel  (508) 793-2365

Fax (508) 793-2362

Email  mlochhea@holycross.edu

---

---

*Michael J. Lochhead*

*Vice President for Administration & Finance*

**COLLEGE OF THE HOLY CROSS**

One College Street

Worcester, MA  01610

Tel  (508) 793-2365

Fax (508) 793-2362

Email  mlochhea@holycross.edu

---

Attachments:

Prior Contract FINAL OFFICIAL VERSION.docx                                            31.1 KB

# EXHIBIT B



Blackwell, Lori <lblackwe@holycross.edu>

## Special Meeting of Executive Committee - Week of Feb. 24

**Corr, Jane** <jcorr@holycross.edu>  Fri, Feb 21, 2014 at 5:03 PM
To: Kevin Condron <kcondron@thegranitegroup.com>, "Ronald J. Amiot, S." <rjamiot@loyola.edu>, mahoneyj <mahoneyjohn35@gmail.com>, "marymurphywestover@gmail.com" <marymurphywestover@gmail.com>
Cc: Vincent O'Rourke <vorourke@holycross.edu>, Lori Blackwell <lblackwe@holycross.edu>, Philip Boroughs <pborough@holycross.edu>

Dear Members of the Executive Committee --

As you are aware, the administration has been working with Neil Prior on language for the Gift Agreement between him and the College. These discussions are now complete and the next step is to obtain the approval of the Board, via the Executive Committee, for the the College to enter and sign this Agreement.

So that the College can move to the next stage of the process (sending out RFPs to architectural firms), we would like to schedule this meeting (conference call) to take up this one agenda item next week if at all possible.   I have attached the Agreement for your review.  We are also suggesting that, if you have the time, you submit to me any questions you may have after reviewing the document so that the administration can better prepare for the discussion.

Possible dates and times for a call follow.  We are looking for a 15-30 minute block of time, although depending on the discussion, the meeting may take less time.  Please let Lori and me know if you are available during any of these time slots.

Tuesday, February 25:     8 - 8:30 AM
                          10 AM - 12 noon

Wednesday, February 26:  8 AM - 12 noon

Thursday, February 27:    8 - 8:30 AM

Friday, February 28:      10 AM - 12 noon


If you have any questions, please feel free to give me a call or send me an email.

Thank you for your time and attention to this.

Best,

Jane



--
Jane E. Corr
Special Assistant to the President
College of the Holy Cross
One College Street
Post Office Box PRES
Worcester, MA   01610-2395
Phone: 508.793.2590

📄 **Prior Contract  FINAL OFFICIAL VERSION.docx**
32K

**CORNELIUS B. PRIOR, JR.**
**P.O. BOX 12030**
**ST. THOMAS, V.I.  00801**

July 26, 2013

College of the Holy Cross
One College Street
Worcester, MA  01610-2395

Ladies and Gentlemen:

I hereby pledge the sum of $25,000,000.00 to be paid to the College of the Holy Cross (the "College") to fund the construction and naming of a new Performing Arts Center (the "Center") at the College, upon and subject to the following terms and conditions:

1. The College shall establish a Center for the performing arts and related activities at the College.

2. It is understood that the creation, construction and operation of the Center is and shall be consistent with the liberal arts tradition of the College.  The primary purpose of the Center shall accordingly be for the benefit of the College community, but it may also be made available from time to time for Worcester community enjoyment.

3. The Donor shall be consulted regarding the site and overall design of the physical facilities of the Center and the final selection of the architect, site and overall design shall be acceptable to the Donor.  If the College and the Donor cannot agree on the final selection of the architect, site and overall design, then this Agreement shall be terminated and neither party shall have any further rights or obligations hereunder, and the College shall retain any property the Donor has already transferred thereto.

4. The Donor or his designee shall be a non-voting member of any advisory board or similar body formed to provide advice and/or oversight with respect to the establishment, administration, programs or operations of the Center and the design and construction of its physical facilities.  The chairperson on any such boards or committees and if needed, the Director of the Center, shall be appointed in consultation with the Donor.  If the College and the Donor cannot agree on the appointment of such chairperson or Director, if needed, the Donor and the College agree to endeavor to resolve the issue by mediation.  Any unresolved issues relating to such appointment shall be settled by arbitration between the parties.

5. The Center's name will include the Donor's name and will be determined at a later date by both the College and the Donor and be agreeable to both.  Under no circumstances

shall the name of the Center be changed without the consent of the Donor.  On all physical facilities and on all official communications and stationery of the Center, the name of the Center shall have equal or greater prominence than any other identification, such as the name of any building in which all or part of the Center is housed, if different.  No abbreviation or short form of the Center's name shall be used by the Center without the prior written consent of the Donor.

6. The Donor has already given two million dollars for this project in 2012 and three million dollars in 2013.  The final $20 million will be funded in accordance with the following schedule:

    | | |
    |---|---|
    | Due on the later of January 31, 2015 or 30 days after the completion of the following construction milestones: architect selected, contract signed, and site selected | $5 million |
    | Due on the later of January 31, 2016 or 30 days after certification by the College that it has commenced construction | $5 million |
    | Due on the later of January 31, 2017 or 30 days after certification by the College that it has been diligently and continuously prosecuting construction | $5 million |
    | Due on the later of January 31, 2018 or 30 days after construction has substantially been completed as evidenced by issuance by a certificate of occupancy by the applicable governmental authority | $5 million |

7. The Donor anticipates funding all or part of the four additional payments described in Paragraph 6 by gifting shares of stock of Atlantic Tele-Network, Inc. (ATNI).  For purposes of crediting the value of any shares so gifted against the funding obligations set out above, the shares gifted (the "Gifted Shares") will be valued at the mean of the high and low market price on the day of gift ("Gift Date").  With respect to any Gifted Shares, the College refers to such value as the respective "Date of Gift Value".  The College will notify the Donor in writing of the net amount of proceeds realized from sales of any Gifted Shares to the College to meet any of the funding obligations set out above (the "Net Amount").  If the Net Amount is greater than the Date of Gift Value, the amount of excess will be credited to the next payment or payments to be made by the Donor under the Agreement.  If the Net Amount is less than the Date of Gift Value, the Donor agrees to transfer additional property to the College in an amount equal to the difference between the Net Amount and the Date of Gift Value.  The parties acknowledge that the timing of the sale of any Gifted Shares by the College is entirely a decision to be made by the College.  For the College's information, the Donor has obtained an undertaking from ATNI for the benefit of the College that ATNI will provide a copy of the ATNI anti-insider trading policy the ("Policy") promptly following the date of this Agreement and will promptly inform the College of any changes to the Policy

2

during the term of this Agreement (and will confirm to the College, at the College's request, whether there have been any changes to the Policy).

For the purposes of Rule 144 promulgated under the Securities Act of 1933, Donor hereby represents to the College that any Gifted Shares will have been acquired and fully paid for by the Donor more than 12 months prior to any respective Gift Date. The College agrees to provide the Donor with sale information following any sale of any Gifted Shares by the College and shall instruct its broker accordingly.

8. The College shall deposit the funds pledged hereunder and the shares (or the proceeds from the sale of any shares) pledged hereunder in a segregated account, the income and principal of which shall be expended exclusively to pay the costs of designing, financing, constructing, and equipping the physical facilities of the Center. The $5,000,000 previously advanced by the Donor for this project shall be placed in this account upon execution of this agreement by the parties. The income from the account will not reduce the Donor's obligation to pay or transfer shares with a value of $25 million, but shall be used for enhancement of the Center.

9. Notwithstanding anything to the contrary contained herein, if the College shall use the sum pledged hereunder or the income from such sum for any purpose other than those set forth above, or if the College shall violate or fail to comply in any material respect with the terms and conditions set forth in this agreement, and if such violation or failure shall continue for one year after the Donor has notified the College thereof, then the Donor shall have the right to require the College to pay all amounts theretofore paid by the Donor pursuant to this Agreement to the Prior Family Foundation, provided that it shall be a charitable organization at that time. If it is not a charitable organization at that time the Donor shall have the right to require the College to pay all amounts previously paid by the Donor pursuant to this agreement to a charitable organization of his choosing. Under no circumstances may the funds be paid to the Donor personally, or to any entity other than a charitable organization. For purposes of this agreement, all rights of the Donor may be exercised (i) by the Donor, or (ii) after his death, by a majority of his then-living adult descendants. For purposes of this agreement a "charitable organization" shall mean any organization contributions to which are deductible for Federal estate and income tax purposes under Sections 2055 and 170(c), respectively, of the Internal Revenue Code of 1986, as amended (the "Code"), or any successor sections corresponding thereto.

10. In light of the magnitude of this very generous pledge and of the substantial commitments being made by the Donor and the College in connection with this pledge, the Donor and the College agree that if an issue arises relating to whether any condition for making any payments described in Paragraph 6 of the Agreement has been satisfied, and if the issue cannot be settled through direct discussions, the Donor and the College agree to endeavor to resolve the issue by mediation. If the Donor and the College cannot agree as to whether a condition for making any payments described

3

in Paragraph 6 of the Agreement has been satisfied, then such issue shall be settled by arbitration between the parties.

11. This Agreement, when countersigned by the College, shall constitute a valid contract under, and shall be governed in all respects by, the laws of the Commonwealth of Massachusetts.  This Agreement shall be binding upon, and inure to the benefit of, the College, its successors and assigns, and upon the Donor, his legal representatives, personal representatives, heirs, successors and assigns.

12. Any notice or certification given pursuant to this Agreement may be given in writing and delivered by a recognized overnight delivery service or electronically to any email address specified by the party receiving such notice or certification.

13. This agreement may be modified or amended only by agreement of the parties hereto, but under no circumstances may this agreement be modified or amended to provide for any use of the funds pledged hereunder for any purpose other than charitable, scientific, literary or educational purposes.

14. Given its importance and specific performance requirements by the College, (i) the Donor expressly acknowledges that this gift agreement must be approved by the College's Board of Trustees, and (ii) the College expressly acknowledges that the Donor has no obligations pursuant to this Agreement until said Agreement is approved by the College's Board of Trustees.

15. By its acceptance of this agreement, the College represents and warrants that it is an organization exempt from Federal income tax under Section 501(c)(3) of the Code, and that it is not a private foundation, as defined in said Code and the regulations issued thereunder.

Kindly sign and return the enclosed copy of this letter to confirm that this letter accurately sets forth our understanding.

Very truly yours,

Cornelius B. Prior, Jr.
Donor

ACCEPTED AND AGREED:

College of the Holy Cross

By: _____

Title: _____

# EXHIBIT C

**Subject:** Signed Gift Agreement
**From:** "Michael J. Lochhead" <mlochhea@holycross.edu>
**Date:** 2/28/2014, 3:21 PM
**To:** Neil Prior <cbpriorjr@atni.com>
**CC:** Philip Boroughs <PBOROUGH@holycross.edu>, Tracy Barlok <TBARLOK@holycross.edu>, Frank Vellaccio <FVELLACC@holycross.edu>

Neil,

On behalf of the College, I am pleased to present you with an electronic copy of the gift agreement bearing Fr. Boroughs' signature.  The Executive Committee of the Board voted to approve acceptance of the agreement on Wednesday pending follow-up on a couple of minor details.  These details have been addressed and, importantly, there have been no changes since the last version which you approved except for changing the date from July 26, 2013 to today's date.  *Would you please print the attached copy, sign it, and email a scanned version back to me so we can officially move ahead with the architect selection process?*  In addition, we will mail you two copies with Father's "wet" signature.  If you would so kindly sign those copies and keep one for your records and promptly return one to me, I would greatly appreciate it.  This way, both you and the College will have an official signed copy of the agreement.

If you need anything else, please let me know.  I have enjoyed getting to know you better as we've worked through the details of this important agreement and, as I've mentioned previously,  I appreciate your patience as we've navigated this process.  The College looks forward to moving ahead with the planning for the performing arts center.

Most sincerely,

Mike

------------------------------------------------------------------
*Michael J. Lochhead*
*Vice President for Administration & Finance*

**COLLEGE OF THE HOLY CROSS**
One College Street
Worcester, MA  01610
Tel  (508) 793-2365
Fax (508) 793-2362
Email  mlochhea@holycross.edu
------------------------------------------------------------------

Attachments:

Neil Prior Gift Agreement FINAL HC signed02282014.pdf                                                                121 KB

# EXHIBIT D

From: **Lochhead, Michael** <mlochhea@holycross.edu>
Date: Mon, Mar 3, 2014 at 10:51 AM
Subject: Fwd: Signed Gift Agreement
To: Frank Vellaccio <FVELLACC@holycross.edu>, Philip Boroughs <pborough@holycross.edu>, Tracy Barlok <TBARLOK@holycross.edu>

Good morning all,

It's a done deal.  Thanks for everyone's efforts.

See you in a few.

... Mike

On Mon, Mar 3, 2014 at 10:03 AM, C B. Prior Jr. <CBPriorJr@atni.com> wrote:

> Hello Mike,
>
> Attached is the signed copy of the gift agreement.
>
> Thanks,
>
> Neil

--
-----------------------------------------------------------------------
*Michael J. Lochhead*
*Vice President for Administration & Finance*

**COLLEGE OF THE HOLY CROSS**
One College Street
Worcester, MA  01610
Tel  (508) 793-2327
Fax  (508) 793-2362
Email   mlochhea@holycross.edu
-----------------------------------------------------------------------