IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORNELIUS B. PRIOR, JR.,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTEES OF THE COLLEGE OF THE HOLY CROSS,<br><br>Defendants. | Case No. 4:23-cv-40116 - MRG |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL EXHIBIT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL MEDIATION AND ARBITRATION**

Pursuant to Local Rule 7.1(b)(3), plaintiff Cornelius B. Prior, Jr. ("Mr. Prior"), by his undersigned attorneys, respectfully requests leave to submit a supplemental exhibit in support of Mr. Prior's memoranda in opposition to defendant's motion to compel mediation and arbitration (ECF Nos. 10, 21).

Specifically, Mr. Prior seeks leave to submit an article from the Worcester Telegram & Gazette dated February 14, 2013, covering a ceremony held by defendant Trustees of the College of the Holy Cross ("Holy Cross") to announce its agreement with Mr. Prior concerning his pledge of $25 million to support construction of a Performing Arts Center ("February 14, 2013 Article"). A printout of the text of the February 14, 2013 Article is attached at Exhibit A. The full February 14, 2013 Article in the on-line version of the Worcester Telegram & Gazette may be found at the following url:

> https://urldefense.com/v3/__https://www.telegram.com/story/news/local/north/2013/02/14/patron-par-excellence/49096912007/__;!!E4Cpno6LK8EYUw!OvrUE_jtQqsk

oRdXx-xOum6_faSqk60SbdXD-gG3TzJQtoE3JIXL41TwmqfhGmgVVs4M5OClpERwT9pQV6plKOTzW6p_$

Undersigned counsel for Mr. Prior was informed of the February 14, 2013 Article by a reporter for the Worcester Telegram & Gazette following the August 2, 2024 hearing in this Court on Holy Cross's motion to compel mediation and arbitration.

The statements by Holy Cross representatives during the ceremony as reported by and quoted in the February 14, 2013 Article relate directly to this Court's questions concerning the evidence supporting a claim by Mr. Prior that an oral agreement existed between the Parties prior to the February 28, 2014 pledge letter being executed.  *See* Transcript of the August 2, 2024 Hearing at pp. 10:3-11:5.  Holy Cross's statements reported in the February 14, 2013 Article further relate directly to the arguments by Holy Cross's counsel during the August 2 hearing concerning Mr. Prior's claim that an oral agreement was reached prior to the February 28, 2014 pledge letter being executed.  *See id.* at pp. 27:2-22; 29:12-24; 84:24-85:19.

WHEREFORE, Mr. Prior requests leave to submit the February 14, 2013 Article as a supplemental exhibit in support of his opposition to defendant's motion to compel mediation and arbitration.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

In accordance with Local Rule 7.1(a)(2), on August 12, 2024 the undersigned counsel for Mr. Prior conferred with counsel for Holy Cross regarding plaintiff's intended motion for leave to file a supplemental exhibit in support of his opposition to defendant's motion to compel mediation and arbitration. The Parties were unable to reach an agreement on Mr. Prior's request and Mr. Prior understands that Holy Cross will file an opposition to this motion.

August 14, 2024                                           Respectfully submitted,

By: _/s/ Steven M. Cowley_
Steven M. Cowley (BBO# 554534)
100 High Street, Suite 2400
Boston, MA 02110
(857) 488-4200
scowley@duanemorris.com

*Counsel for Plaintiff Cornelius B. Prior, Jr.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated:  August 14, 2024                  */s/ Steven M. Cowley*
                                               Steven M. Cowley