

**Atlantic Tele-Network, Inc.**

P.O. Box 12030
St Thomas, U.S. Virgin Islands 00801
Tel: (340) 774-2260
Fax. (340) 774-7790

Cornelius B. Prior, Jr.
Chairman

July 26, 2013

Rev. Philip Boroughs, S.J.
President
College of the Holy Cross
One College Street
Worcester, MA  01610-2322

Dear Father Phil:

    I am attaching a draft contract concerning my gift to Holy Cross that I have worked out with my lawyer (Ann Lesk of Fried, Frank in New York City) and my Donor Committee (Kathy Marshall, Andrew Lane and Bob Hsiung). I think it may be helpful for you to understand my thinking about a few of the issues that may arise and for which this contract has been designed to protect my (Jesuit educated!) point of view.

    By asking for an architect competition I am not seeking a fashion statement or a clash with our existing campus, but for excellence in design. I have been assured that the size of the project and the existing reputation of Holy Cross as a selective institution will enable us to obtain top talent. I want, as I think you do, an architect we can work with to produce a great design that will make a statement that is not "Prada," but a bold enhancement of our liberal arts tradition.

    By pushing for an early selection of such top architectural talent I am also trying to engage that talent in site selection, a crucial factor in the final structural design, given our shared belief that we want this arts center to become a focal point of campus life. We want to satisfy the existing needs of the faculty and student body for an arts center and to expand the student audience by the activity emanating from our new little beehive.

Sincerely yours,

*he*
*for* Cornelius B. Prior, Jr.

CBPJr/he

Attachment

**CORNELIUS B. PRIOR, JR.**
**P.O. BOX 12030**
**ST. THOMAS, V.I. 00801**

July 26, 2013

College of the Holy Cross
One College Street
Worcester, MA 01610-2395

Ladies and Gentlemen:

I hereby pledge the sum of $25,000,000.00 to be paid to the College of the Holy Cross (the "College") to fund capital expenditures in connection with the establishment of an arts Center (the "Center") at the College, upon and subject to the following terms and conditions:

1. The College shall establish a Center for the performing and visual arts and related activities at the College.

2. It is understood that the creation, construction and operation of the Center is and shall be consistent with the liberal arts tradition of the College, and with applicable law. The primary purpose of the Center shall accordingly be for the benefit of students and faculty of the College, but it may also be made available from time to time for Worcester community enjoyment.

3. The Donor shall be consulted regarding the site and overall design of the physical facilities of the Center, and the final selection of the architect and the site shall be acceptable to the Donor.

4. The initial director of the Center shall be someone selected by the College and acceptable to the Donor.

5. The Donor or his designee shall be a non-voting member of any advisory board or similar body formed to provide advice and/or oversight with respect to the establishment, administration, programs or operations of the Center and the design and construction of its physical facilities. The chairperson on any such board or committee shall be a faculty member appointed with the approval of the Donor, which approval may not be unreasonably withheld.

1

6. The name of the Center shall be the "Prior Pavilion" and under no circumstances shall the name of the Center be changed without the consent of the Donor (as defined below). On all physical facilities and on all official communications and stationery of the Center, the name "Prior Pavilion" shall have equal or greater prominence than any other identification, such as the name of any building in which all or part of the Center is housed, if different. No abbreviation or short form of the Center's name shall be used by the Center without the prior written consent of the Donor.

7. The Donor has already given two million dollars for this project in 2012 and expects to fund the remaining $23 million by transfers of stock of Atlantic Tele-Network, Inc. (ATNI). Since the shares of ATNI are thinly traded on NASDAQ, the College agrees to consult with the management of the company for orderly sale if it wishes to convert the shares to cash in less than five months. Payments or transfers shall be made in accordance with the following schedule:

    | Year | Amount |
    |------|--------|
    | 2013 | $3 million |
    | 2014 | $5 million |
    | 2015 | $5 million |
    | 2016 | $5 million |
    | 2017 | $5 million |

    The number of shares transferred will be valued at the mean of the high and low market price on the day of transfer and transfers for any year may be made within 30 days after the calendar year in question.

8. The College agrees that the timing of the Donor's payments or transfers will also be subject to progress in completing the project not later than described by the following schedule:

    | Event | Completion By |
    |-------|---------------|
    | Architect Competition Initiated | January 30, 2014 |
    | Architect Selected and Contract Signed | June 30, 2014 |
    | Site Selected | December 31, 2014 |
    | Construction Commenced | May 31, 2015 |
    | Construction Substantially Completed | December 31, 2017 |

2

9. The College shall deposit the shares and funds pledged hereunder in a segregated fund, the income and principal of which shall be expended exclusively to pay the costs of designing, financing, constructing, and equipping the physical facilities of the Center. The $2,000,000 previously advanced by the Donor for this project shall be placed in this fund upon execution of this agreement by the parties. The income from the fund will not reduce the Donor's obligation to pay or transfer shares with a value of $25 million, but shall be used for enhancement of the Center.

10. Notwithstanding anything to the contrary contained herein, if the College shall use the sum pledged hereunder or the income from such sum for any purpose other than those set forth above, or if the College shall not complete construction of the Center on or before December 31, 2017, or if the College shall violate or fail to comply in any material respect with the terms and conditions set forth in this agreement, and if such violation or failure shall continue for an unreasonable period after the Donor has notified the College thereof, then the Donor shall have the right to require the College to pay all amounts theretofore paid by the Donor pursuant to this Agreement to the Prior Family Foundation, provided that it shall be a charitable organization at that time. If it is not a charitable organization at that time the Donor shall have the right to require the College to pay all amounts previously paid by the Donor pursuant to this agreement to a charitable organization of his choosing. Under no circumstances may the funds be paid to the Donor personally, or to any entity other than a charitable organization. For purposes of this agreement, all rights of the Donor may be exercised (i) by the Donor, or (ii) after his death, by a majority of his then-living adult descendants. For purposes of this agreement a "charitable organization" shall mean any organization contributions to which are deductible for Federal estate and income tax purposes under Sections 2055 and 170(c), respectively, of the Internal Revenue Code of 1986, as amended (the "Code"), or any successor sections corresponding thereto.

11. Any notice or certification given pursuant to this Agreement may be given in writing and delivered by a recognized overnight delivery service or electronically to any email address specified by the party receiving such notice or certification.

12. This agreement may be modified or amended only by agreement of the parties hereto, but under no circumstances may this agreement be modified or amended to provide for any use of the funds pledged hereunder for any purpose other than charitable, scientific, literary or educational purposes.

13. By its acceptance of this agreement, the College represents and warrants that it is an organization exempt from Federal income tax under Section 501(c)(3) of the Code, and that it is not a private foundation, as defined in said Code and the regulations issued thereunder.

Kindly sign and return the enclosed copy of this letter to confirm that this letter accurately sets forth our understanding.

Very truly yours,

*Cornelius B. Prior, Jr.*
Cornelius B. Prior, Jr.
Donor

ACCEPTED AND AGREED:

College of the Holy Cross

By:_____

Title:_____

4