**Subject:** Re: Progress on Art Center - July 2018
**From:** "C B. Prior Jr." <■■■■■■■■■■■■■
**Date:** 7/23/2018, 2:56 PM
**To:** "Barlok, Tracy" <■■■■■@holycross.edu>

Thanks Tracy.   Delighted to learn of your progress in both fundraising and practical steps needed to start construction. I am still waiting for a Kane contact number from you and a response from Jim Grogan.   Neil

Sent from my iPhone

On Jul 23, 2018, at 12:50 PM, Barlok, Tracy <■■■■■@holycross.edu> wrote:

> Email received from outside of the ATN domain. Use caution before using links/attachments.
> Dear Neil,
>
> I hope you and Trudy are enjoying the summer – assume you are in Maine at your beautiful home!
>
> I'm writing with some good news – and an update on progress for you with regard to the Arts Center.  Last week we confirmed a new $1M commitment and we have three significant asks that were made in the last month – I will keep you posted on the results of those decisions.  We have confirmed nearly $10M in new gifts since the April Board meeting  leaving us with a delta of about $12M.  I am confident we will get there by December 31.
>
> As promised, we are also moving forward (very aggressively) on plans to keep construction progress on track…here is the latest news:
>
> 1. The design for the surface parking area to replace the parking spaces that will be lost when construction of the Art Center begins will be complete by the end of July.  Construction of the parking area will begin just after the start of the fall semester and will be complete by the end of November.
>
> 2. We presented the Art Center and the new Rec/Wellness Center projects to the City's Interdisciplinary Review Board just last week and applications for the City's Planning Board and Conservation Committee for both projects will be submitted by July 30.
>
> **3. In terms of significant next steps, DS+R and Perry Dean Rodgers (PDR) have been working all summer to update the Art Center contract documents to meet the Jan 18 new State Building Code revisions.  These are expected to be complete in September.**
>
> **4. Hearings before the Planning Board and Conservation Committee are also expected to take place in September.  Approvals of these two City agencies are necessary requirements before we can apply for building permits.**
>
> 5. Finally, requests for qualifications and interviews for prospective bidders for the Art Center will begin next month.
>
> It's important for you to know that from a fundraising, finance and facilities perspective, we are staying on top of the details and moving ALL pieces forward as quickly as possible.

I'm on the West Coast this week seeing potential donors and others on staff are laser focused on this project as well - nice to see things moving along so quickly!

Please let me know if you have any questions - more to come in the coming weeks.

Best,

Tracy

--

**TRACY W. BARLOK**

*Vice President, Advancement*
Office of Advancement
College of the Holy Cross
One College Street
Worcester, MA  01610

█████ @holycross.edu
*phone* (508) 793-3776
*cell* (518) 527-5897
www.holycross.edu

facebook twitter youtube instagram wordpress linkedin