**From:** cornelius prior
**Sent:** Thursday, November 10, 2022 2:22 PM
**To:** Boucher, Helen W
**Subject:** [EXT] Performing Arts Center

EXTERNAL MESSAGE - TREAT LINKS/FILES WITH CARE

Dear Helen.   After consultation with legal counsel I wish to reaffirm my commitment of $25 million to the College of the Holy Cross for its Performing Arts Center. You have made it clear that you would like this commitment funded completely now to cover an alleged $7 million shortfall. But, as you know, the funding for my donation comes from my stock in a public company. Due to circumstances beyond my control, I am not in a position to sell those shares today. Having said that, I know you want assurances that this shortfall can be paid before proceeding with the concert scheduled for December 16. I understand that and have worked with counsel today to propose I grant you a security interest in shares of my company with a value of $10 million so that the school will be secured in the availability of funds once we have negotiated the exact amount due under our 2013 contract of donation. Then, when I am in a position to sell in the near future, I will contribute the shares needed to the school. In the meantime you are secure in the availability of funds to the college.      Very truly yours, Neil Prior