**Subject:** Fwd: draft letter
**From:** "Vellaccio, Frank" <█████@holycross.edu>
**Date:** 10/23/2013, 5:05 PM
**To:** Michael Lochhead <█████@holycross.edu>, Philip Boroughs <█████@holycross.edu>, Margaret Freije <█████@holycross.edu>, Tracy Barlok <█████@holycross.edu>, "Vincent O'Rourke" <█████@holycross.edu>
**CC:** Charles Weiss <█████@holycross.edu>, Scott Merrill <█████@holycross.edu>

Father, Mike and all, Here is Prior's formal response.  He bought most of our suggestions.  He still needs to gift us stock but agrees to make up difference if stock sells cheaper than expected.  The one problem that remains or not depending on all your reactions is his proposed schedule for payments.  I think there is real progress here but look forward to your reaction.
Frank

---------- Forwarded message ----------
From: **C B. Prior Jr.** <█████>
Date: Wed, Oct 23, 2013 at 10:16 AM
Subject: draft letter
To: "Weiss, Charles" <█████@holycross.edu>, Frank Vellaccio <█████@holycross.edu>


Dear Chick and Frank,


    I think you will find my reply to your "red-line" fairly accommodating, but there are two points on which I cannot agree: the five year gift plan (even if you build it in 2 or 3 years!) and the payment by means of ATN stock.  These points depend on my budget and my determination not to incur a huge tax penalty by selling ATN shares myself.


    Otherwise we can still talk, especially about Prof. Geracht's desire, shared by me, to provide a home for his Beauchamp works.  How about a sentence that says "visual arts to the extent feasible."


    I do not like mediation or arbitration but I have yielded because I strongly believe we will not disagree.  But in dropping the time lines for architect selection, etc., I do not agree that we should not aim to initiate the competition in January.  I will discuss this point in particular with Mr. Friedlander in NY soon.


Best wishes,

Neil

The information contained in this message, including attachments, may contain privileged or confidential information that is intended to be delivered only to the person identified above. If you are not the intended recipient, or the person responsible for delivering this message to the intended recipient, we request that you immediately notify the sender and ask that you do not read the message or its attachments, and that you delete them without copying or sending them to anyone else.

Attachments:

SKMBT_C45213102309570.pdf                                                                                         1.5 MB