UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORNELIUS B. PRIOR, JR.,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTEES OF THE COLLEGE OF THE HOLY CROSS,<br><br>Defendant. | C.A. No. 4:23-cv-40116 |

**JOINT MOTION TO CONTINUE AUGUST 30, 2024 HEARING**

The parties to the captioned action hereby respectfully move this Court for a continuance of the hearing currently scheduled for August 30, 2024, in order to permit the parties additional time to complete the direct discussions ordered by this Court. In further support of this motion, the parties state as follows:

1. On August 2, 2024, this Court heard oral argument regarding the Motion to Compel Mediation and Arbitration, to Appoint a Mediator and Arbitrator and to Stay Further Proceedings (Dkt. No. 5) filed by the defendant, Trustees of the College of the Holy Cross ("College").

2. By order issued on that same date (Dkt. No. 27), this Court informed the parties that it was taking the College's Motion under advisement but ordered them in the meantime to "engage in direct discussions ... in person with the attendance of the parties and their representatives at a mutually convenient location in New England." As part of that same order, this Court also set a further status conference for August 30, 2024, but advised the parties that if they "are unable to meet by 8/30/24, the parties are to inform the court."

3.      Since the time of this Court's order, the parties have attempted to schedule the direct discussions ordered by this Court but have been unable to find a date that is mutually convenient for all parties prior to August 30, 2024.  Instead, the parties are planning to meet on September 25, 2024.

4.      Given the current procedural posture of this case, the parties believe it would promote the interests of efficiency and judicial economy if they were able to complete their court-ordered direct discussions prior to the next status hearing with this Court.  The parties therefore respectfully request that this Court continue the currently scheduled status conference to a date in October 2024 that would be convenient to this Court.

WHEREFORE, for the foregoing reasons, the parties to the captioned action hereby jointly request that this Court continue the currently scheduled August 30, 2024 status conference to a date in October 2024 that is convenient to this Court.

Respectfully submitted,

| **CORNELIUS B. PRIOR, JR.,** | **TRUSTEES OF THE COLLEGE OF THE HOLY CROSS,** |
|---|---|
| By his attorneys, | By its Attorneys, |
| */s/ Steven M. Cowley* | */s/ John M. Stephan* |
| Steven M. Cowley | Joseph L. Bierwirth, Jr. (BBO #564071) |
| DUANE MORRIS LLP | John M. Stephan (BBO #649509) |
| 100 High Street, Suite 2400 | HEMENWAY & BARNES LLP |
| Boston, MA 02210-1724 | 75 State Street, 16th Floor |
| (857) 488-4261 | Boston, MA 02109 |
| smcowley@duanemorris.com | (617) 227-7940 |
| | jbierwirth@hembar.com |
| | jstephan@hembar.com |
| | |
| | Mark E. Swirbalus, (BBO #631650) |
| | Benjamin M. McGovern (BBO #661611) |
| | Nora S. McMurphy (BBO #710305) |
| | HOLLAND & KNIGHT LLP |
| | 10 St. James Avenue |
| | Boston, MA 02116 |
| | Tel: (617) 573-5852 |
| | mark.swirbalus@hklaw.com |
| | benjamin.mcgovern@hklaw.com |
| | nora.mcmurphy@hklaw.com |

Dated:  August 26, 2024

## CERTIFICATE OF SERVICE

      I, John M. Stephan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 26th day of August 2024.

                                                   /s/ John M. Stephan  
                                                   John M. Stephan

Dated:  August 26, 2024