IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORNELIUS B. PRIOR, JR.,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTEES OF THE COLLEGE OF THE HOLY CROSS,<br><br>Defendants. | Case No. 4:23-cv-40116 - MRG<br><br>**LEAVE TO FILE GRANTED ON DECEMBER 3, 2024** |

**PLAINTIFF'S SUPPLEMENTAL
EXHIBIT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO COMPEL MEDIATION AND ARBITRATION**

Pursuant to the Court's electronic order dated December 3, 2024, plaintiff Cornelius B. Prior, Jr. ("Mr. Prior") hereby submits an article from the Worcester Telegram & Gazette dated February 14, 2013, covering a ceremony held by defendant Trustees of the College of the Holy Cross ("Holy Cross") to announce its agreement with Mr. Prior concerning his pledge of $25 million to support construction of a Performing Arts Center ("February 14, 2013 Article") attached hereto at Exhibit A as a supplemental exhibit in support of Mr. Prior's opening and reply memoranda in opposition to defendant's motion to compel mediation and arbitration (ECF Nos. 10, 21).

The full February 14, 2013 Article in the on-line version of the Worcester Telegram & Gazette may be found at the following url:

https://urldefense.com/v3/__https://www.telegram.com/story/news/local/north/2013/02/14/patron-par-excellence/49096912007/__;!!E4Cpno6LK8EYUw!OvrUE_jtQqskoRdXx-xOum6_faSqk60SbdXD-gG3TzJQtoE3JIXL41TwmqfhGmgVVs4M5OClpERwT9pQV6plKOTzW6p_$

December 5, 2024                                        Respectfully submitted,

                                                       By:    */s/  Steven M. Cowley*
                                                       Steven M. Cowley (BBO# 554534)
                                                       100 High Street, Suite 2400
                                                       Boston, MA 02110
                                                       (857) 488-4200
                                                       scowley@duanemorris.com

                                                       *Counsel for Plaintiff Cornelius B. Prior, Jr.*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated:  December 5, 2024              */s/ Steven M. Cowley*
                                                    Steven M. Cowley