UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORNELIUS B. PRIOR, JR.,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTEES OF THE COLLEGE OF THE HOLY CROSS,<br><br>Defendant. | C.A. No. 4:23-cv-40116<br><br>**[ LEAVE TO FILE GRANTED ON DECEMBER 3, 2024, DKT. NO. 52 ]** |

## DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL EXHIBITS

Pursuant to the leave granted by this Court on December 3, 2024 (Dkt. No. 52), defendant, Trustees of the College of the Holy Cross ("College" or "Holy Cross"), hereby files the following supplemental exhibits in further support of its motion to compel mediation and arbitration:

1. Attached hereto as Exhibit A are a collection of photographs taken of a groundbreaking ceremony for the Prior Performing Arts Center (previously filed as Dkt. No. 32-1).

2. Attached hereto as Exhibit B is a true and accurate copy of the draft Meeting Minutes of the Holy Cross Board of Trustees dated July 19, 2019 (previously filed as Dkt. No. 32-2).

3. Attached hereto as Exhibit C is a true and accurate copy of a July 26, 2013 letter and enclosures sent from Plaintiff to the then-President of Holy Cross (previously filed as Dkt. No. 32-3).

4. Attached hereto as Exhibit D is a true and accurate copy of an email chain dated July 23, 2018 between Plaintiff and Tracy Barlok (previously filed as Dkt. No. 32-4).

5. Attached hereto as <u>Exhibit E</u> is a true and accurate copy of a November 10, 2022 email sent from Plaintiff to Helen W. Boucher (previously filed as Dkt. No. 32-5).

6. Attached hereto as <u>Exhibit F</u> is a true and accurate copy of an October 23, 2013 email from Plaintiff to Charles Weiss (previously filed as Dkt. No. 32-6).

Respectfully submitted,

TRUSTEES OF THE COLLEGE OF THE
HOLY CROSS,

By its Attorneys,

<u>/s/ Benjamin M. McGovern</u>
Joseph L. Bierwirth, Jr. (BBO #564071)
John M. Stephan (BBO #649509)
HEMENWAY & BARNES LLP
75 State Street, 16th Floor
Boston, MA 02109
(617) 227-7940
jbierwirth@hembar.com
jstephan@hembar.com

Mark E. Swirbalus, (BBO #631650)
Benjamin M. McGovern (BBO #661611)
Nora S. McMurphy (BBO #710305)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 573-5852
mark.swirbalus@hklaw.com
benjamin.mcgovern@hklaw.com
nora.mcmurphy@hklaw.com

Dated: December 5, 2024

## CERTIFICATE OF SERVICE

      I, Benjamin M. McGovern, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 5th day of December, 2024.

                                                          /s/ Benjamin M. McGovern
                                                          Benjamin M. McGovern

Dated:  December 5, 2024