DRAFT

COLLEGE OF THE HOLY CROSS
WORCESTER, MA

**Minutes, Meeting of the Board of Trustees**
**July 19, 2019**

A meeting of the Board of Trustees of the College was held by Conference Call on Friday, July 19, 2019.  The meeting was called to order by Richard Patterson, Chair, at 3:00 p.m. with a quorum present.

**Members Particpating by Phone:** R.Patterson, Chair, P.Boroughs, S.J., H.Boucher, S.Curtin, B.Duggan, S.Feitelberg, A.Fink, J.Gartland, S.J., S.J., M.Gilson, S.J., S.Graham, T.Joyce, G. Kalscheur, S.J., L.LeMura, S.Linnartz, S.Lovelette, S.Mathews, C.Millard, J.Mooney, R.Moriarty, A.O'Brien, W.Phelan, C.Prior, C.Risoli, B.Rogers, F.Rosado-Cruz, S.Skinner, J.Suydam and S.Teebagy and H.Thomas.

**Members Absent:** D.Baker, M.Barrett, C.K.Gillespie, S.Grayson, M.Greene,, R.Harrington, B.Kelley, J.Keyes, M.Massa, S.J., A.McElaney-Johnson, E.McLaughlin, V. Moreta,, J.Mullman, P.Nguyen,S.J.

**Staff Participating:**  T.Barlok, J.Corr, M.Freije, D.Hauver, D. Kim and M. Murray. .

1.  D.Hauver presented background on the project cost and fundraising status for the proposed performing arts center; the long range financial plan; and background on the consultation, regarding construction of the proposed performing arts center, which the administration undertook with a planning group of current and former board members. She also shared that at a joint meeting of the Finance and the Buildings and Grounds Committees on July 15, 2019, those committees approved the construction of the performing arts center and recommend to the board approval of the attached Resolution regarding the Center for Arts and Creativity (Performing Arts Center) construction. ("Attachment A")

    **VOTE:**  Approval of the Resolution regarding the Center for Arts and Creativity (Performing Arts Center) construction ("Attachment A") was **moved, seconded, and approved.**

2.  W.Phelan, Chair of the Audit Committee, provided an update on the work of the 2019 Special Committee.

The meeting was adjourned at 3:35 P.M.

Minutes submitted by:

_____
Jane E. Corr
Secretary to the Board of Trustees

**DRAFT**

## RESOLUTION: CENTER FOR ARTS AND CREATIVITY (PERFORMING ARTS CENTER) CONSTRUCTION

This is to certify, that at a meeting of the Board of Trustees of the College of the Holy Cross ("the Trustees") held on July 19, 2019 a quorum being present and voting on a motion duly made and seconded, it was unanimously voted to grant the following authorization for administrative action, subject to the Bylaws of the Corporation and in accordance with the policies and procedures established by the Trustees:

WHEREAS, the Building and Grounds Committee of the Trustees of the College of the Holy Cross (the "College") at its meeting on April 27, 2018, after consideration of the demonstrated need, review of various location, size, scope and design alternatives, and the detailed program and conceptual plan documents related to the current design, voted to recommend approval of a project to construct a new center for arts and creativity, also referred to as the performing arts center, (the "Project") contingent upon the College having fundraised with firm committed pledges a minimum of $61.4 million prior to signing a construction contract and commencing construction; and

WHEREAS, the Board at its meeting on April 28, 2018, authorized the Project with a project cost not to exceed $93.1 million contingent upon the College having fundraised with firm committed pledges a minimum of $62 million prior to signing a construction contract and commencing construction; and

WHEREAS, the Building and Grounds Committee of the Trustees of the College of the Holy Cross (the "College") at its meeting on July 15, 2019, after consideration of revised scope and design considerations, voted to recommend approval of the Project, contingent upon the College having fundraised with firm committed pledges a minimum of $71.3 million prior to signing a construction contract and commencing construction; and

WHEREAS, the Finance Committee of the Trustees of the College at its meeting on July 15, 2019, having reviewed the estimated capital costs associated with the Project and all financing assumptions, voted to recommend approval of the Project, with a target project cost up to $115 million contingent upon the College having fundraised with firm committed pledges a minimum of $71.3 million prior to signing a construction contract and commencing construction; and

BE IT RESOLVED that the Board authorizes the Project with a project cost not to exceed $115 million contingent upon the College having fundraised with firm committed pledges a minimum of $71.3 million prior to signing a construction contract and commencing construction.

BE IT RESOLVED that the Board authorizes the President of the College and/or the Treasurer and/or Assistant Treasurer to take all actions necessary to properly carry out the aforementioned Project.