UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORNELIUS B. PRIOR, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>TRUSTEES OF THE COLLEGE OF THE HOLY CROSS,<br><br>    Defendant. | C.A. No. 4:23-cv-40116 |

## JOINT REPORT REGARDING MEDIATOR/ARBITRATOR

Pursuant to this Court's Order dated January 24, 2025 (Dkt. No. 58), the parties to the captioned action hereby respectfully submit this joint report regarding their list of mutually-acceptable options for a mediator and arbitrator from which this Court can make a referral order. The parties state as follows:

1. With regard to mediation, the parties have identified the Honorable Karen F. Green (Ret.) as a mutually-acceptable option for a mediator. The parties are in further agreement that they shall work cooperatively to find a mutually convenient date for a mediation, which shall take place in person with all parties present at a mutually-agreeable location in Boston, Massachusetts.

2. With regard to arbitration, the parties have identified the Honorable Peter M. Lauriat (Ret.) and the Honorable Stephen E. Neel (Ret.) as mutually acceptable options for arbitrators should mediation fail.

WHEREFORE, pursuant to this Court's January 24 Order, the parties respectfully request that this Court make its referral order for mediation and arbitration from this list of mutually-acceptable options.

Respectfully submitted,

| **CORNELIUS B. PRIOR, JR.,** | **TRUSTEES OF THE COLLEGE OF THE HOLY CROSS,** |
|---|---|
| By his attorneys, | By its Attorneys, |
| */s/ Steven M. Cowley (via email authorization)* | */s/ Benjamin M. McGovern* |
| Steven M. Cowley | Mark E. Swirbalus, (BBO #631650) |
| Duane Morris LLP | Benjamin M. McGovern (BBO #661611) |
| 100 High Street, Suite 2400 | Nora S. McMurphy (BBO #710305) |
| Boston, MA 02210-1724 | HOLLAND & KNIGHT LLP |
| 857-488-4261 | 10 St. James Avenue |
| Email: smcowley@duanemorris.com | Boston, MA 02116 |
| | Tel: (617) 573-5852 |
| | mark.swirbalus@hklaw.com |
| | benjamin.mcgovern@hklaw.com |
| | nora.mcmurphy@hklaw.com |

Dated: February 7, 2025

## **CERTIFICATE OF SERVICE**

      I, Benjamin M. McGovern, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 7th day of February, 2025 .

                                             /s/ Benjamin M. McGovern
                                             Benjamin M. McGovern

Dated:  February 7, 2025