# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORNELIUS B. PRIOR, JR., <br><br> Plaintiff, <br><br> v. <br><br> TRUSTEES OF THE COLLEGE OF THE HOLY CROSS, <br><br> Defendants. | Case No. 4:23-cv-40116 - MRG |

## JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE*

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to the captioned action hereby stipulate to the dismissal *with prejudice* of all claims asserted in this action, including without limitation all claims by both parties subject to defendant's motion to compel mediation and arbitration, with each party to bear their own attorneys' fees and costs, and waiving all rights of appeal.

Respectfully submitted,

| **CORNELIUS B. PRIOR, JR.** | **TRUSTEES OF THE COLLEGE OF THE HOLY CROSS** |
|---|---|
| By his attorneys, | By its Attorneys, |
| */s/ Steven M. Cowley* <br> Steven M. Cowley (BBO# 554534) <br> DUANE MORRIS LLP <br> 100 High Street, Suite 2400 <br> Boston, MA  02110 <br> Tel:  857.488.4261 <br> smcowley@duanemorris.com | */s/ Benjamin M. McGovern* <br> Mark E. Swirbalus (BBO #631650) <br> Benjamin M. McGovern (BBO #661611) <br> Nora S. McMurphy (BBO #710305) <br> HOLLAND & KNIGHT LLP <br> 10 St. James Avenue <br> Boston, MA  02116 <br> Tel:  617.573.5852 <br> mark.swirbaluss@hklaw.com <br> benjamin.mcgovern@hklaw.com <br> nora.mcmurphy@hklaw.com |

Date: June 3, 2025

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 3, 2025.

                                                                         */s/ Steven M. Cowley*
                                                                         Steven M. Cowley